UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH <br><br> MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Lisa M. Ames v. Bayer Corporation, et al.* | No. 10-cv-12587-DRH |
| *Lisa Demas v. Bayer Corporation, et al.* | No. 11-cv-10858-DRH |
| *Pietrina M. Hunt v. Bayer Corporation, et al.* | No. 12-cv-10449-DRH |
| *Carol Sischo v. Bayer Corporation, et al.* | No. 10-cv-11132-DRH |
| *Christina M. Stone v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11126-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 3, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
    **Deputy Clerk**

APPROVED:

Digitally signed by David R. Herndon
Date: 2015.06.05 16:31:05 -05'00'

DISTRICT JUDGE
U. S. DISTRICT COURT